■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH GREEN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered October 6, 1989, convicting him of criminal possession of a controlled substance in the fourth degree, and resisting arrest, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

We also find that the sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80). Thompson, J. P., Harwood, Rosenblatt and Miller, JJ., concur.